467 A.2d 56

Commonwealth v. Walker, Appellant.

Argued May 2, 1983. Daniel M. Preminger, submitted a brief on behalf of appellant; John J. Burfete, Jr., Deputy Attorney General, for Commonwealth, appellee.

Before CERCONE, President Judge, McEWEN and HOFFMAN, JJ.

Affirmed.

467 A.2d 57

Commonwealth v. Washington a/k/a Johnson, Appellant.

Petition for Allowance of Appeal
Denied Feb. 23, 1984.

Submitted June 23, 1983. Charles P. Mirarchi, III, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Order affirmed.